## Kidder *against* Townsend.

ON *certiorari.* The plaintiff below declared against the defendant, in an action of trespass *quare clausum fregit,* and taking away ten sheep ; for cutting down and carrying away ten trees ; and for wounding and maiming a horse. The defendant pleaded not guilty. The evidence produced at the trial, was detailed in the return, but it is unnecessary to state it here.

*E. Williams,* for the plaintiff in error.

*Richardson,* contra.

*Per Curiam.* If the evidence given at the trial had not been set forth in the return, we might have presumed that it was sufficient to support the declaration. But as it is spread before us, we must decide upon it, and we are of opinion, that it does not support the declaration ; and that the judgment below must, therefore, be reversed.

Judgment reversed.

*Where the evidence given at the trial of a cause before a justice is set forth in the return to a certiorari, the court will decide, whether it was sufficient to support the plaintiff's declaration, and if they consider it insufficient, the judgment below will be reversed. But if the evidence is not stated in the return, the court will presume that it was sufficient to support the declaration.*